UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14035-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**MARTINEZ BUILDERS SUPPLY, LLC**
**d/b/a EAST COAST TRUSS,**
a Florida Limited Liability Company,

 Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 25]. On October 28, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 15] during which Carlos Martinez, the Corporate Defendant's President and Managing Member, pled guilty on behalf of the Corporate Defendant to Count 1 of the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 16, 17]. Magistrate Judge Maynard ordered the Corporate Defendant to file a duly authorized Resolution of its Board of Directors authorizing Carlos Martinez to enter the Plea Agreement on behalf of the Corporate Defendant [ECF No. 20]. Defendant filed the required notice indicating that the Board of Directors of Martinez Builders Supply, LLC, consents, approves, and authorizes Carlos Martinez to enter the Plea Agreement on behalf of the Corporate Defendant [ECF No. 24]. Magistrate Judge Maynard thereafter issued the instant Report, recommending that the Court accept Defendant's guilty plea to Count 1 of the Information, that the Court find Defendant to have freely and voluntarily entered its guilty plea, and that the Court adjudicate it guilty of the offense [ECF No. 1]. No objections to the Report

CASE NO. 24-14035-CR-CANNON

have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Martinez Builders Supply, LLC** as to Count 1 of the Information is **ACCEPTED**.

3. Defendant **Martinez Builders Supply, LLC** is adjudicated guilty of Count 1 of the Information, which charges it with conspiracy to harbor aliens by means of employment, in violation of Title 8 U.S.C. § 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(v)(I) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of December 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record